IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Richmond Division)

| | |
|---|---|
| RACHID NAIM, <br><br> *Plaintiff,* <br><br> v. <br><br> SAMUEL I. WHITE, P.C., <br><br> *Defendant.* | Civil Action No. <u>3:11CV168</u> |

## AGREED ORDER GRANTING EXTENSION OF TIME TO FILE RESPONSIVE PLEADINGS

THIS DAY came the Defendant, Samuel I. White, P.C., by counsel, pursuant to Rule 1:9 of the Rules of the Supreme Court of Virginia, and moved this Honorable Court for an extension to file its Responsive Pleadings in the above-styled action and based upon the agreement of counsel, it is **ADJUDGED, ORDERED, and DECREED** that :

1.    Samuel I. White, P.C., is granted an extension to file its Responsive Pleadings on or before July 8, 2011.

ENTERED this _____ day of _____, 2011.

_____
Judge

[Signatures to follow on next page]

I ASK FOR THIS:

_____
Ronald J. Guillot, Jr., Esq. (VSB# 72153)
SAMUEL I. WHITE, P.C.
5040 Corporate Woods Drive, Suite 120
Virginia Beach, Virginia 23462
(757) 490-9284 (Main Office)
(757) 217-9304 (Direct Dial)
(757) 497-1193 (Facsimile)
rguillot@siwpc.com;
*Counsel for Defendant, Samuel I. White, P.C.*

SEEN AND Not objected to:

_____
DALE W. PITTMAN, ESQUIRE
The Eliza Spotswood House
112-A West Tabb Street
Petersburg, Virginia 23803
*Counsel for Paintiff, Rachid Naim*