IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



RACHID NAIM,

    Plaintiff,

v.                                        Civil Action No. 3:11cv168

SAMUEL I. WHITE, P.C.,

    Defendant.

### ORDER

Having reviewed the defendant's MOTION TO DISMISS (Docket No. 9) and the opposition thereto, it is hereby ORDERED that the defendant shall file a reply in support of its MOTION TO DISMISS by August 5, 2011.

It is so ORDERED.

                                                /s/         REP
                                           Robert E. Payne
                                           Senior United States District Judge

Richmond, Virginia
Date: August 3, 2011