IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



RACHID NAIM,

    Plaintiff,

v.                             Civil Action No. 3:11cv168

SAMUEL I. WHITE, P.C.,

    Defendant.

### ORDER

Having reviewed the defendant's MOTION TO DISMISS (Docket No. 9), the supporting memorandum, the opposition and the reply, and finding that the Complaint is legally sufficient and adequately alleges facts, which if proved, would render the defendant liable under the Fair Debt Collection Practices Act, it is hereby ORDERED that the MOTION TO DISMISS (Docket No. 9) is denied.

It is further ORDERED that the facts and legal contentions are adequately presented in the materials before the Court and oral argument would not aid the decisional process.

It is so ORDERED.

                                            /s/    REP
                                    Robert E. Payne
                                    Senior United States District Judge

Richmond, Virginia
Date: August 12, 2011