**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

| | |
|---|---|
| **RACHID NAIM,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **Civil Action No. 3:11-cv-168** |
| ) | |
| **SAMUEL I. WHITE, P.C.,** ) | |
| ) | |
| **Defendant.** ) | |

### NOTICE OF APPEARANCE

PLEASE NOTE the appearance of John C. Lynch on behalf of Defendant Samuel I. White, P.C. as counsel herein for all purposes in this matter.

Dated:  September 22, 2011                    Respectfully Submitted,

                                                                                  **SAMUEL I. WHITE, P.C.,**

                                                                                 By:    /s/ John C. Lynch
                                                                                          Of Counsel

John C. Lynch (VSB No. 39267)
*Counsel for Defendant*
TROUTMAN SANDERS LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, Virginia 23462
Telephone: (757) 687-7765
Facsimile: (757) 687-1504
E-mail: john.lynch@troutmansanders.com

423566v1

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 22nd day of September, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following CM/ECF participants:

### **Counsel for Plaintiff:**

**Dale Wood Pittman**
The Law Office of Dale W. Pittman, P.C.
112-A W Tabb St
Petersburg, VA 23803-3212
(804) 861-6000
Fax: (804) 861-3368
Email: dale@pittmanlawoffice.com

**Kristi Cahoon Kelly**
Surovell Isaacs Petersen & Levy PLC
4010 University Dr
Suite 200
Fairfax, VA 22030
703-277-9774
Fax: 703-591-2149
Email: kkelly@smillaw.com

**Leonard Anthony Bennett**
Consumer Litigation Assoc PC
12515 Warwick Blvd
Suite 100
Newport News, VA 23606
757-930-3660
Fax: 757-930-3662
Email: lenbennett@cox.net

**Matthew James Erausquin**
Consumer Litgation Associates PC (Alex)
1800 Diagonal Rd
Suite 600
Alexandria, VA 22314
703-273-6080
Fax: 888-892-3512

Email: matt@clalegal.com

        /s/ John C. Lynch
John C. Lynch (VSB No. 39267)
*Counsel for Defendant*
TROUTMAN SANDERS LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, Virginia 23462
Telephone: (757) 687-7765
Facsimile: (757) 687-1504
E-mail: john.lynch@troutmansanders.com