IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



RACHID NAIM,

    Plaintiff,

v.                                  Civil Action No. 3:11CV168

SAMUEL I. WHITE, P.C.,

    Defendant.

## ORDER

It is hereby ORDERED that the settlement conference and proceedings required by paragraph 3 of the Scheduling Order are referred to United States Magistrate Judge Dennis W. Dohnal. Counsel shall be responsible for contacting the Chambers of Magistrate Judge Dohnal within five (5) days of the date of this Order to schedule the conference to occur within the fifty-day period required by paragraph 3 of the Scheduling Order or at such other time as Magistrate Judge Dohnal shall approve.

The Clerk is directed to send a copy of this Order to Magistrate Judge Dohnal.

It is so ORDERED.

                                                 /s/   REP
                                    Robert E. Payne
                                    Senior United States District Judge

Richmond, Virginia
Date: September 22, 2011