**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

RACHID NAIM,

            Plaintiff

**v.**                                      CASE NO. 3:11cv168-REP

SAMUEL I. WHITE, P.C.,

            Defendant.

___

MICHAEL A. FOLEY AND TERESA R. FOLEY,

            Plaintiff

v.                                      CASE NO. 3:11-cv-698-REP

SAMUEL I. WHITE, P.C.,

            Defendant.

___

JAN D. FELTON,

            Plaintiff

v.                                      CASE NO. 3:11-cv-556-REP

SAMUEL I. WHITE, P.C.,

            Defendant.

___

TINA P. SOLOMON,

           Plaintiff

v.                                      CASE NO. 3:11-cv-628-REP

SAMUEL I. WHITE, P.C.,

            Defendant.

___

KEITH P. CECIL AND TAMMY L. CECIL,

          Plaintiff

v.                                            CASE NO. 3:11-cv-528-REP

SAMUEL I. WHITE, P.C.,

          Defendant.

---

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division**

JULIA DES OGUGUA,

          Plaintiff

v.                                            CASE NO. 2:11-cv-419-RAJ

SAMUEL I. WHITE, P.C.,

          Defendant.

---

## PLAINTIFFS' CONSENT MOTION TO CONSOLIDATE

Pursuant to Federal Rules of Civil Procedure 42(a), Plaintiffs in each of the above-styled cases move, with the consent of the Defendant, that the above actions be consolidated for the limited purposes of pre-trial management and mediation.

                                      Respectfully submitted,

                                       /s/
                                      Leonard A. Bennett, Esq.
                                      VSB #37523

                                                                                                              Attorney for Plaintiff
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Boulevard, Suite 1-A
Newport News, Virginia 23601
(757) 930-3660 - Telephone
(757) 930-3662 – Facsimile
lenbennett@cox.net

Robin Ann Abbott
Consumer Litigation Associates, PC
763 J. Clyde Morris Boulevard, Suite 1-A
Newport News, Virginia 23601
Telephone: (757) 930-3660
Facsimile: (757) 930-3662
E-mail: rabbottlaw@msn.com

Gary L. Abbott
Consumer Litigation Associates, PC
763 J. Clyde Morris Boulevard, Suite 1-A
Newport News, Virginia 23601
Telephone: (757) 930-3660
Facsimile: (757) 930-3662
Garyabbott9@msn.com

Susan Mary Rotkis
Consumer Litigation Associates, PC
763 J. Clyde Morris Boulevard, Suite 1-A
Newport News, Virginia 23601
Telephone: (757) 930-3660
Facsimile: (757) 930-3662
E-mail: srotkis@clalegal.com

Dale Wood Pittman, VSB#15673
The Law Office of Dale W. Pittman, P.C.
112-A W. Tabb Street
Petersburg, VA 23803
Telephone: (804) 861-3368
Facsimile: (804) 861-3368
E-mail: dale@pittmanlawoffice.com

Kristi Cahoon Kelly, Esq., VSB #72791
SUROVELL ISAACS PETERSEN & LEVY PLC
4010 University Drive, 2nd Floor
Fairfax, VA 22030
Telephone: (703) 277-9774
Facsimile: (703) 591-9285

E-mail:  kkelly@siplfirm.com

John Chapman Petersen
SUROVELL ISAACS PETERSEN & LEVY PLC
4010 University Drive, 2nd Floor
Fairfax, VA 22030
Telephone: (703) 277-9774
Facsimile: (703) 591-9285
E-mail: jpetersen@smillaw.com

Matthew James Erausquin
Consumer Litigation Associates, P.C.
1800 Diagonal Road
Suite 600
Alexandria, VA 22314
Telephone: (703) 273-6080
Facsimile: (888) 892-3512
E-mail: matt@clalegal.com

*Counsel for Plaintiffs*

### CERTIFICATE OF SERVICE

I certify that on November 29, 2011, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing (NEF) to the following:

John C. Lynch
Troutman Sanders LLP
P. O. Box 61185
222 Central Park Ave
Suite 2000
Virginia Beach, VA 23462
john.lynch@troutmansanders.com

Ethan G. Ostroff
Troutman Sanders LLP
P. O. Box 61185
222 Central Park Ave
Suite 2000
Virginia Beach, VA 23462
Email: ethan.ostroff@troutmansanders.com

David N. Anthony
Attorneys for Defendants

TROUTMAN SANDERS LLP
1001 Haxall Point
Richmond, VA 23219
Tel: 804-697-1200
Fax: 8046985118
david.anthony@troutmansanders.com

    *Counsel for Defendants*

                                                                 /s/
                                        Leonard A. Bennett, Esq.
                                        Attorney for Plaintiff
                                        CONSUMER LITIGATION ASSOCIATES, P.C.
                                        763 J. Clyde Morris Boulevard, Suite 1-A
                                        Newport News, Virginia 23601
                                        (757) 930-3660 - Telephone
                                        (757) 930-3662 – Facsimile
                                        lenbennett@cox.net