**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

**RACHID NAIM**, *et al.*,

    **Plaintiffs,**

    v.                                 **Civil Action No. 3:11cv168**

**SAMUEL I. WHITE, P.C.,**

    **Defendant.**

## NOTICE OF APPEARANCE

PLEASE NOTE the appearance of David N. Anthony on behalf of Defendant Samuel I. White, P.C. as co-counsel herein for all purposes in this matter and the related consolidated cases of *Keith P. Cecil, et al. v. Samuel I. White, P.C.*, Civil Action No. 3:11cv528; *Jan D. Felton v. Samuel I. White, P.C.,* Civil Action No. 3:11cv556; *Tina P. Solomon v. Samuel I. White, P.C.,* Civil Action No. 3:11cv628; *Michael A. Foley, et al. v. Samuel I. White, P.C.*, Civil Action No. 3:11cv698; and *Julia Des Ogugua v. Samuel I. White, P.C.*, Civil Action No. 3:11cv831.

                                  **SAMUEL I. WHITE, P.C.**


                              By:       /s/David N. Anthony
                                    David N. Anthony
                                    Virginia State Bar No. 31696
                                    *Counsel for Defendant Samuel I. White, P.C.*
                                    TROUTMAN SANDERS LLP
                                    1001 Haxall Point
                                    Richmond, Virginia 23219
                                    Telephone: (804) 697-5410
                                    Facsimile: (804) 698-5118
                                    E-mail: david.anthony@troutmansanders.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of January, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will then send a notification of such filing (NEF) to the following:

Dale Wood Pittman
The Law Office of Dale W. Pittman, P.C.
112-A W Tabb St.
Petersburg, VA 23803-3212
Telephone: (804) 861-6000
Facsimile: (804) 861-3368
Email: dale@pittmanlawoffice.com
*Counsel for Plaintiff Rachid Naim*

Kristi Cahoon Kelly
Surovell Isaacs Petersen & Levy PLC
4010 University Dr., Suite 200
Fairfax, VA 22030
Telephone: 703-251-5400
Facsimile: 703-591-9285
Email: kkelly@smillaw.com
*Counsel for Plaintiff Rachid Naim*

Matthew James Erausquin
Consumer Litigation Associates PC (Alex)
1800 Diagonal Rd., Suite 600
Alexandria, VA 22314
Telephone: 703-273-6080
Facsimile: 888-892-3512
Email: matt@clalegal.com
*Counsel for Plaintiff Rachid Naim*

Susan Mary Rotkis
Consumer Litigation Associates
763 J Clyde Morris Boulevard
Suite 1A
Newport News, VA 23601
757-930-3660
Fax: (757) 930-3662
Email: srotkis@clalegal.com
*Counsel for Consolidated Plaintiff Julia Des-Ogugua*

Leonard Anthony Bennett
Consumer Litigation Associates
763 J Clyde Morris Boulevard, Suite 1A
Newport News, VA 23601
Telephone: 757-930-3660
Facsimile: 757-930-3662
Email: lenbennett@cox.net
*Counsel for Plaintiff Rachid Naim*

/s/David N. Anthony
David N. Anthony
Virginia State Bar No. 31696
*Counsel for Defendant Samuel I. White, P.C.*
TROUTMAN SANDERS LLP
1001 Haxall Point
Richmond, Virginia 23219
Telephone: (804) 697-5410
Facsimile: (804) 698-5118
E-mail: david.anthony@troutmansanders.com

2124866v1