IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

RACHID NAIM, *et al.*,

    Plaintiff,

v.                                   Civil Action No. 3:11cv168

SAMUEL I. WHITE, P.C.,

    Defendant.

## ORDER

Plaintiffs Rachid Naim, Keith P. Cecil, Tammie L. Cecil, Julia Desogugua, Jan D. Felton, Michael A. Foley, Teresa R. Foley, and Tina P. Solomon (collectively "Plaintiffs"), by counsel, and Defendant Samuel I. White, P.C. ("Defendant") (collectively, the "Parties"), by counsel, respectfully request the Court's entry of the following order:

**Mediation / Settlement Conference**: The parties will continue settlement discussion and participate in a mediation / settlement conference on or before **Thursday, April 12, 2012**. Counsel will notify the Court immediately of any settlement and will submit a final order within fifteen (15) calendar days thereafter unless otherwise ordered by the Court.

**Discovery**: Should the parties be unable to resolve this matter, the Parties shall serve any objections and responses to the outstanding discovery requests on **Thursday, April 19, 2012**. All discovery, including depositions, shall be concluded no later than **Tuesday, May 15, 2012**.

**Dispositive Motions**: All dispositive motions shall be filed on or before **Friday, May 25, 2012**. Any responses shall be filed on or before **Friday, June 8, 2012**. Any reply briefs shall be filed on or before **Friday, June 15, 2012**. The hearing date on any pending dispositive motions is to be determined.

1

Date: 3/7/12

_____/s/_____
M. Hannah Lauck
United States Magistrate Judge

We ask for this:

_____
Dale W. Pittman (VSB No.15673)
Counsel for Plaintiffs
The Law Office of Dale W. Pittman, P.C.
The Eliza Spotswood House
112-A West Tabb Street
Petersburg, VA 23803
Telephone: (804) 861-6000
Facsimile: (804) 861-3368
E-mail: dale@pittmanlawoffice.com

Kristi Calloon Kelly (VSB No. 72791)
Counsel for Plaintiffs
SUROVELL ISAACS PETERSEN & LEVY PLC
4010 University Drive, 2nd Floor
Fairfax, VA 22030
Telephone: (703) 277-9774
Facsimile: (703) 591-9285
kkelly@siplfirm.com

Leonard A. Bennett (VSB No. 37523)
Counsel for Plaintiffs
CONSUMER LITIGATION ASSOCIATES, P.C.
12515 Warwick Boulevard, Suite 201
Newport News, Virginia 23606
Telephone: (757) 930-3660
Facsimile: (757) 930-3662
E-mail: lenbennett@clalegal.com

Matthew J. Erausquin (VSB No. 65434)
Counsel for Plaintiffs
CONSUMER LITIGATION ASSOCIATES, P.c.
1800 Diagonal Rd, Suite 600
Alexandria, VA 22314
Telephone: (703) 273-7770
Facsimile: (888) 892-3512
E-mail: matt@clalegal.com

_/s/_

John C. Lynch (VSB No. 39267)
Maryia Y. Jones (VSB No. 78645)
Counsel for Defendant
TROUTMAN SANDERS LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, Virginia 23462
Telephone: (757) 687-7539
Facsimile: (757) 687-1542
E-mail: john.lynch@troutmansanders.com
E-mail: maryia.jones@troutmansanders.com