

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

RACHID NAIM,
<u>et</u> <u>al.</u>,

     Plaintiffs,

v.                             Civil Action No. 3:11cv168

SAMUEL I. WHITE, P.C.,

     Defendant.

**ORDER**

Having received a verbal request from the parties, through the mediator, the Honorable Dennis W. Dohnal, to stay the case(s) upon the representation that settlement discussions are proceeding, it is hereby ORDERED that this consolidated action is stayed generally pending further order; provided that, counsel shall file a status report regarding the status of the matter by June 11, 2012 at which time the propriety of a stay will be reconsidered.

The Clerk is directed to send a copy of this Order to the Honorable Dennis W. Dohnal of The McCammon Group.

It is so ORDERED.

                                    /s/    REP
                              Robert E. Payne
                              Senior United States District Judge

Richmond, Virginia
Date: April 12, 2012

REP