**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
Richmond Division

**RACHID NAIM,**

    **Plaintiff,**

    v.          Civil Action No. 3:11cv168

**SAMUEL I. WHITE, P.C.,**

    **Defendant.**

**DEFENDANT'S JUNE 11, 2012 STATUS REPORT**

By Order Dated April 12, 2012 (Docket No. 30), the Court stayed the litigation of these consolidated cases to permit mediation before the Honorable Dennis W. Donhal. Also a condition of that stay, the Court required that, "counsel shall file a status report regarding the status of the matter by June 11, 2012 at which time the propriety of a stay will be reconsidered." Plaintiffs file this June 11, 2012 Status Report in conformance with the Order.

The Parties' have participated in formal in-person mediation before Judge Donhal (Ret.). That effort has continued after the conference through communications by telephone and e-mail with each counsel and with the mediator.

Defendant believes that a mediation should be conducted with Judge Donhal on the monetary and non-monetary issues with a full exchange of documents and demands. That has not occurred. We could conduct this mediation in July or August.

Dated: June 11, 2012                          Respectfully Submitted,

                                                                                       **SAMUEL I. WHITE, P.C.**

                                                         By:     /s/ John C. Lynch
                                                                            Of Counsel

John C. Lynch (VSB No. 39267)
Ethan G. Ostroff (VSB No. 71610)
Maryia Y. Jones (VSB No. 78645)
Counsel for Defendant
TROUTMAN SANDERS LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, Virginia 23462
Telephone: (757) 687-7765
Facsimile: (757) 687-1504
E-mail: john.lynch@troutmansanders.com
E-mail: ethan.ostroff@troutmansanders.com
E-mail: maryia.jones@troutmansanders.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 11th day of June, 2012, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing the following CM/ECF participants:

**Counsel for Plaintiff:**
Dale W. Pittman
The Law Office of Dale W. Pittman, P.C.
The Eliza Spotswood House
112-A West Tabb Street
Petersburg, Virginia 23908
E-mail: dale@pittmanlawoffices.com

Kristi Cahoon Kelly
Surovell Isaacs Petersen & Levy PLC
4010 University Drive, 2nd Floor
Fairfax, Virginia 22030
E-mail: kkelly@siplfirm.com

Leonard A. Bennett
Consumer Litigation Associates, P.C.
12515 Warwick Blvd., Suite 201
Newport News, Virginia 23606
E-mail: lenbennett@clalegal.com

Matthew J. Erausquin
Consumer Litigation Associates, P.C.
1800 Diagonal Road, Suite 600
Alexandria, Virginia 23606
E-mail: matt@clalegal.com

    /s/ John C. Lynch
John C. Lynch (VSB No. 39267)
Counsel for Defendant
TROUTMAN SANDERS LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, Virginia 23462
Telephone: (757) 687-7765
Facsimile: (757) 687-1504
E-mail: john.lynch@troutmansanders.com

430741v1