

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

RACHID NAIM, ET. AL,
Plaintiffs,
v.                                                    Civil Action No. 3:11CV00168

SAMUEL I. WHITE, P.C.,
Defendant.

ORDER

At the Status Conference held on July 11, 2012, the Court set the above styled case, and the respective consolidated cases in this case, for a Jury Trial to be held at 9:30 a.m. on February 11, 2013. A Final Pretrial Conference shall be held beginning at 10:00 a.m. on January 21, 2013.

The Order entered by the Court on April 12, 2012, staying this consolidated action is vacated and counsel for the parties shall submit a Consent Order reflecting a schedule for discovery and motions herein.

The Clerk is directed to send a copy of this Order to Magistrate Judge Lauck and the Honorable Dennis W. Dohnal at the McCammon Group.

July 13, 2012
Date

/s/ REP
Robert E. Payne
Senior United States District Judge