IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Virginia

RACHID NAIM, et al.,

    Plaintiffs,

v.                                              Civil Action No. 3:11CV168

SAMUEL I. WHITE, P.C.,

    Defendant.

## ORDER

This matter is before the Court for a status hearing. For the reasons set forth on the record on November 14, 2012, and to assist the parties in assessing the course of future proceedings and the possible settlement of disputes, it is hereby ORDERED that:

1. No later than 5:00 p.m., November 15, 2012, Defendant's counsel shall deliver to Plaintiffs' counsel a complete copy of the applicable insurance policy;

2. No later than November 30, 2012, Plaintiffs' counsel shall deliver to Defendant's counsel a draft of the class action complaint that Plaintiffs' counsel has advised that he is in contemplation of filing and a list of potential class plaintiffs, so that Defendant's counsel can share such draft class action complaint with the insurance carrier within five days thereafter;

1

3. No later than November 30, 2012, counsel for Plaintiffs and Defendant shall jointly submit a proposed schedule to the Court to include deadlines for discovery and motions for the trial of this action (the Court and counsel recognizing that, if this consolidated case is to be tried, the current trial date may have to be extended slightly);

4. Counsel shall schedule mediation to take place no later than the week of January 14, 2013, which session shall include party representatives, counsel, and the Defendant's insurer;

5. A status hearing shall be held in court on January 23, 2013 at 10:00 a.m.

6. The final pretrial conference, previously scheduled to be held on January 21, 2013 is cancelled and shall be rescheduled during the January 23, 2013 status hearing.

It is so ORDERED.

November 15, 2012  /s/  REP
Richmond, Virginia  Robert E. Payne
Senior United States District Judge