**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

**RACHID NAIM,** *et al.*

      **Plaintiffs,**

      **v.**                        **Consolidated Civil Action No. 3:11cv168**

**SAMUEL I. WHITE, P.C.,**

      **Defendant.**

## STATUS REPORT

On November 15, 2012, the Court entered an Order (Docket No. 36) to assist the parties in assessing the course of future proceedings and the possible settlement of disputes.   The Order directed that, by close of business on November 15, 2012, Defendant Samuel I. White, P.C. ("Defendant") deliver a copy of the applicable insurance policy to Plaintiffs Rachid Naim, *et al.* ("Plaintiffs"); that, by November 30, 2012, Plaintiffs deliver to Defendant a draft of the class action complaint, which Defendant is to submit to its insurance carrier within five (5) days thereafter; and that, by January 18, 2013, the parties participate in a mediation session.   The Order also set a Status Hearing date on January 23, 2013, during which the Court will reschedule the trial date currently set for February 11, 2013.

To apprise the Court of their compliance with the Order, the parties hereby submit the following Status Report and an Agreed Scheduling Order:

1.      On November 15, 2012, Defendant submitted to Plaintiffs a complete copy of the applicable 2012 insurance policy.   On November 21, 2012, Defendant submitted to Plaintiffs additional insurance policies for 2010 and 2011.

1

2.      On November 30, 2012, Plaintiffs delivered to Defendant a draft class action complaint, which Defendant will share with its insurance carrier within the next five (5) days.

3.      The parties will continue settlement discussions and participate in a mediation / settlement conference on or before January 18, 2013.  Counsel will notify the Court immediately of any settlement and will submit a final order within fifteen (15) calendar days thereafter unless otherwise ordered by the Court.

4.      Should the case not resolve at the mediation/settlement conference, the parties respectfully request that, at the status hearing on January 23, 2013, the Court continue the currently scheduled trial date until June 2013 in order to facilitate continued settlement negotiations.

5.      Further, the parties respectfully request that, after the determination and scheduling of a new trial date in June 2013, the Court enter the Agreed Scheduling Order attached hereto as Exhibit 1.  The parties will submit to the Court an original of the signed Agreed Scheduling Order.

Dated:  December 3, 2012          Respectfully Submitted,

                                /s/ John C. Lynch
                      John C. Lynch (VSB No. 39267)
                      Ethan G. Ostroff (VSB No. 71610)
                      Maryia Y. Jones (VSB No. 78645)
                      Counsel for Defendant
                      TROUTMAN SANDERS LLP
                      222 Central Park Avenue, Suite 2000
                      Virginia Beach, Virginia 23462
                      Telephone: (757) 687-7765
                      Facsimile: (757) 687-1504
                      E-mail: john.lynch@troutmansanders.com
                      E-mail: ethan.ostroff@troutmansanders.com
                      E-mail: maryia.jones@troutmansanders.com

                                  /s/ Dale W. Pittman

Dale W. Pittman (VSB No.15673)
Counsel for Plaintiffs
The Law Office of Dale W. Pittman, P.C.
The Eliza Spotswood House
112-A West Tabb Street
Petersburg, VA 23803
Telephone: (804) 861-6000
Facsimile: (804) 861-3368
E-mail: dale@pittmanlawoffice.com

Kristi Calloon Kelly (VSB No. 72791)
Counsel for Plaintiffs
SUROVELL ISAACS PETERSEN &
LEVY PLC
4010 University Drive, 2nd Floor
Fairfax, VA 22030
Telephone: (703) 277-9774
Facsimile: (703) 591-9285
E-mail: kkelly@siplfirm.com

Leonard A. Bennett (VSB No. 37523)
Counsel for Plaintiffs
CONSUMER LITIGATION
ASSOCIATES, P.C.
12515 Warwick Boulevard, Suite 201
Newport News, Virginia 23606
Telephone: (757) 930-3660
Facsimile: (757) 930-3662
E-mail: lenbennett@clalegal.com

Matthew J. Erausquin (VSB No. 65434)
Counsel for Plaintiffs
CONSUMER LITIGATION
ASSOCIATES, P.c.
1800 Diagonal Rd, Suite 600
Alexandria, VA 22314
Telephone: (703) 273-7770
Facsimile: (888) 892-3512
E-mail: matt@clalegal.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of December, 2012, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing the following CM/ECF participants:

### Counsel for Plaintiff:
Dale W. Pittman
The Law Office of Dale W. Pittman, P.C.
The Eliza Spotswood House
112-A West Tabb Street
Petersburg, Virginia 23908
E-mail: dale@pittmanlawoffices.com

Kristi Cahoon Kelly
Surovell Isaacs Petersen & Levy PLC
4010 University Drive, 2nd Floor
Fairfax, Virginia 22030
E-mail: kkelly@siplfirm.com

Leonard A. Bennett
Consumer Litigation Associates, P.C.
12515 Warwick Blvd., Suite 201
Newport News, Virginia 23606
E-mail: lenbennett@clalegal.com

Matthew J. Erausquin
Consumer Litigation Associates, P.C.
1800 Diagonal Road, Suite 600
Alexandria, Virginia 23606
E-mail: matt@clalegal.com

/s/ John C. Lynch
John C. Lynch (VSB No. 39267)
Counsel for Defendant
TROUTMAN SANDERS LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, Virginia 23462
Telephone: (757) 687-7765
Facsimile: (757) 687-1504
E-mail: john.lynch@troutmansanders.com

20197786v3