**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

**RACHID NAIM,**

      **Plaintiff,**

      v.                                            **Consolidated Civil Action No. 3:11cv168**

**SAMUEL I. WHITE, P.C.,**

      **Defendant.**

**AGREED SCHEDULING ORDER**

Plaintiffs Rachid Naim, *et al*., by counsel, and Defendant Samuel I. White, P.C., by counsel, agree for good cause to the following extension of deadlines in order to facilitate settlement negotiations:

**Mediation**. The parties will continue settlement discussions and participate in a mediation / settlement conference on or before January 18, 2013. Counsel will notify the Court immediately of any settlement and will submit a final order within fifteen (15) calendar days thereafter unless otherwise ordered by the Court.

**Discovery**. The parties shall complete all discovery and all depositions by **April 17, 2013** *(no later than forty-five (45) calendar days before trial)*.

**Summary Judgment and Other Dispositive Motions**. All dispositive motions, together with depositions, admissions, documents, affidavits, or other such matter in support thereof, shall be filed and served by **May 1, 2013** *(no later than forty (40) days before the scheduled trial date)*, with responses due by **May 15, 2013**, and replies due by **May 21, 2013**. Any motion must be supported by a memorandum of law at the time filed or submitted.

**Status Conference**. The parties will appear in person for a status conference on **January 23, 2013 at 10:00 a.m**.

**Motions in Limine.** All Motions in Limine shall be filed and served by **May 27, 2013** *(no later than ten (10) days before trial)*, with responses due by **June 3, 2013**, and replies due by **June 6, 2013**. Any motion must be supported by a memorandum of law at the time filed or submitted.

**Final Pretrial Conference.** The final pretrial conference shall be rescheduled during the **January 23, 2013** status hearing.

**Trial**. The jury trial in this matter will take place on **June _____, 2013**.

**IT IS SO ORDERED.**

_____
United States District / Magistrate Judge

WE ASK FOR THIS:

_____
John C. Lynch (VSB No. 39267)
Ethan G. Ostroff (VSB No. 71610)
Maryia Y. Jones (VSB No. 78645)
Counsel for Defendant
TROUTMAN SANDERS LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, Virginia 23462
Telephone: (757) 687-7765
Facsimile: (757) 687-1504
E-mail: john.lynch@troutmansanders.com
E-mail: ethan.ostroff@troutmansanders.com
E-mail: maryia.jones@troutmansanders.com

_____
Dale W. Pittman (VSB No.15673)
Counsel for Plaintiffs
The Law Office of Dale W. Pittman, P.C.
The Eliza Spotswood House

112-A West Tabb Street
Petersburg, VA 23803
Telephone: (804) 861-6000
Facsimile: (804) 861-3368
E-mail: dale@pittmanlawoffice.com

Kristi Calloon Kelly (VSB No. 72791)
Counsel for Plaintiffs
SUROVELL ISAACS PETERSEN & LEVY PLC
4010 University Drive, 2nd Floor
Fairfax, VA 22030
Telephone: (703) 277-9774
Facsimile: (703) 591-9285
E-mail: kkelly@siplfirm.com

Leonard A. Bennett (VSB No. 37523)
Counsel for Plaintiffs
CONSUMER LITIGATION ASSOCIATES, P.C.
12515 Warwick Boulevard, Suite 201
Newport News, Virginia 23606
Telephone: (757) 930-3660
Facsimile: (757) 930-3662
E-mail: lenbennett@clalegal.com

Matthew J. Erausquin (VSB No. 65434)
Counsel for Plaintiffs
CONSUMER LITIGATION ASSOCIATES, P.c.
1800 Diagonal Rd, Suite 600
Alexandria, VA 22314
Telephone: (703) 273-7770
Facsimile: (888) 892-3512
E-mail: matt@clalegal.com

20213215v1