**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

| | |
|---|---|
| RACHID NAIM, *et al.* ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Consolidated Civil Action No. 3:11-cv-168 |
| ) | |
| SAMUEL I. WHITE, P.C. ) | |
| **)** | |
| Defendant. ) | |

## NOTICE OF APPEARANCE

Please take notice that Casey S. Nash of Consumer Litigation Associates, P.C. will hereafter serve as counsel of record for the Plaintiffs, and hereby enters her appearance in this matter.

Respectfully submitted,
**PLAINTIFFS**

_____/s/_____
Casey S. Nash
VSB No. 84261
Counsel for the Plaintiffs
CONSUMER LITIGATION ASSOCIATES, P.C.
1800 Diagonal Rd, Suite 600
Alexandria, VA  22314
Tel. 703-273-7770
Fax. 888-892-3512
casey@clalegal.com

**CERTIFICATE OF SERVICE**

       I hereby certify that on this 18th day of December, 2012, I have electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

David Neal Anthony
Troutman Sanders LLP
Troutman Sanders Bldg
1001 Haxall Point
PO Box 1122
Richmond, VA 23219
804-697-5410
804-698-5118 (fax)
david.anthony@troutmansanders.com

John C. Lynch
Troutman Sanders LLP
P. O. Box 61185
222 Central Park Ave
Suite 2000
Virginia Beach, VA 23462
757-687-7765
757-687-1504 (fax)
john.lynch@troutmansanders.com

Ethan G. Ostroff
Troutman Sanders LLP
P. O. Box 61185
222 Central Park Ave
Suite 2000
Virginia Beach, VA 23462
(757) 687-7541
(757) 687-1541 (fax)
ethan.ostroff@troutmansanders.com

Maryia Yrjeuna Jones
Troutman Sanders LLP
222 Central Park Ave
Suite 2000
Virginia Beach, VA 23462
(757) 687-7500
(757) 687-1542 (fax)
maryia.jones@troutmansanders.com

Ronald James Guillot, Jr
Samuel I. White PC
5040 Corporate Woods Drive
Suite 120
Virginia Beach, VA 23462
(757) 490-9284
(757) 497-2802 (fax)
rguillot@siwpc.com

                                    /s/
                         Casey S. Nash
                         VSB No. 84261
                         Counsel for the Plaintiffs
                         CONSUMER LITIGATION ASSOCIATES, P.C.
                         1800 Diagonal Rd, Suite 600
                         Alexandria, VA  22314
                         Tel. 703-273-7770
                         Fax. 888-892-3512
                         casey@clalegal.com