

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

RACHID NAIM,

    Plaintiff,

v.                            Civil Action No. 3:11cv168

SAMUEL I. WHITE, P.C.,

    Defendant.

**ORDER**

It is hereby ORDERED that the trial by jury is scheduled to begin at 9:30 a.m. May 6, 2012.

It is so ORDERED.

                                              /s/     REP
                                Robert E. Payne
                                Senior United States District Judge

Richmond, Virginia
Date: December 18, 2012