**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

| | | |
|---|---|---|
| RACHID NAIM, *et al.* | ) | |
| | ) | |
|       Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 3:11cv168 |
| | ) | |
| SAMUEL I. WHITE, P.C., | ) | |
| | **)** | |
|       Defendant. | ) | |

**NOTICE OF APPEARANCE**

Please take notice that Janelle E. Mason of Consumer Litigation Associates, P.C. will hereafter serve as counsel of record for the Plaintiffs, and hereby enters her appearance in this matter.

                                                            Respectfully submitted,
                                                            **PLAINTIFFS**

                                                            _____/s/_____
                                                            Janelle E. Mason, VSB No. 82389
                                                            *Counsel for the Plaintiffs*
                                                            CONSUMER LITIGATION ASSOCIATES, P.C.
                                                            1800 Diagonal Road, Suite 600
                                                            Alexandria, VA  22314
                                                            Tel. 703-273-7770
                                                            Fax. 888-892-3512
                                                           janelle@clalegal.com

**CERTIFICATE OF SERVICE**

       I hereby certify that on this 18th day of December, 2012, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

John C. Lynch
Troutman Sanders LLP
P. O. Box 61185
222 Central Park Ave
Suite 2000
Virginia Beach, VA 23462
john.lynch@troutmansanders.com

Ethan G. Ostroff
Troutman Sanders LLP
P. O. Box 61185
222 Central Park Ave
Suite 2000
Virginia Beach, VA 23462
Email: ethan.ostroff@troutmansanders.com

David N. Anthony
Troutman Sanders LLP
1001 Haxall Point
Richmond, VA 23219
Tel: 804-697-1200
Fax: 8046985118
david.anthony@troutmansanders.com

*Counsel for the Defendant*

                                          _____/s/_____
                                        Janelle E. Mason, VSB No. 82389
                                        *Counsel for the Plaintiffs*
                                        CONSUMER LITIGATION ASSOCIATES, P.C.
                                        1800 Diagonal Road, Suite 600
                                        Alexandria, VA  22314
                                        Tel. 703-273-7770
                                        Fax. 888-892-3512
                                        janelle@clalegal.com