IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



RACHID NAIM, et al.,

    Plaintiffs,

v.                              Civil Action No. 3:11cv168
                                 CONSOLIDATED

SAMUEL I. WHITE, P.C.,

    Defendant.

### DISMISSAL ORDER

THIS DAY CAME the Plaintiffs, by counsel, and moved the United States District Court for the Eastern District of Virginia, Richmond Division to dismiss the above-styled civil action with prejudice, as the Plaintiffs have resolved their claims against the Defendant. It is hereby ORDERED that civil action 3:11cv168 is DISMISSED with prejudice, and this matter is ENDED. This Court retains jurisdiction for the limited purpose of enforcing the settlement agreement.

    It is so ORDERED.

                                            /s/     REP
                                Robert E. Payne
                                Senior United States District Judge

Richmond, Virginia
Date: February 5, 2013

SEEN AND AGREED:

*[signature]*

Janelle E. Mason, VSB No. 82389
*Counsel for the Plaintiff*
Consumer Litigation Associates, P.C.
1800 Diagonal Road, Suite 600
Alexandria, VA 22314
Tel: 703-273-7770
Fax: 888-892-3512
janelle@clalegal.com


SEEN AND AGREED:

*[signature]*

David N. Anthony, VSB No. 31696
*Counsel for the Defendant*
Troutman Sanders, LLP
1001 Haxall Point
Richmond, VA 23219
Tel: 804-697-5410
Fax: 804-698-5118
david.anthony@troutmansanders.com

2